Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129
(702) 325-8999
legal@scholerandsons.com

Jeffrey R. Hall (9572)
Ariel Johnson (13357)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jhall@hutchlegal.com
ajohnson@hutchlegal.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Scholer, an individual Nevada resident; Scholer & Sons, LLC, a Nevada limited liability company; <br><br> Plaintiffs, <br> v. <br><br> Richard Vairo Santos, an individual residing in Florida; Richard's Brazilian Sausage, LLC, a Florida limited liability company; Ewerton Consulting and Investments, LLC, a Florida limited liability company; Ewerton Vairo Consulting and Investments, LLC;  PNC BANK, a Pennsylvania Company (named as a nominal defendant only); <br><br> Defendants. | Case No. 2:22-cv-01358-RFB-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** |

Plaintiffs Eric Scholer and Scholer & Sons, LLC ("Plaintiffs"), Defendant Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton

1

Vairo Consulting and Investments, LLC (referred to hereafter collectively as "Defendants") by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED** that Defendants have just recently retained local counsel in this case, and Defendants' local counsel requested additional time to prepare a responsive pleading.

**IT IS HEREBY FURTHER STIPULATED** that, as a professional courtesy to Defendants' counsel, Plaintiffs agree that the deadline for Defendants to file their responsive pleading, currently set for September 28, 2022, shall be extended until October 7, 2022.

**IT IS HEREBY FURTHER STIPULATED** that the FRCP 26(f) Conference shall not extend beyond 30 days from the date of filing the Stipulation and Order pursuant to LR 26-1.

| | |
|---|---|
| Dated this 28th day of September, 2022. | Dated this 28th day of September, 2022. |
| SCHOLER & SONS, LLC | GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP |
| */s/ Jacob A. Reynolds* | |
| _____ | */s/ Steven J. Mack* |
| Jacob A. Reynolds (10199) | _____ |
| 9960 West Cheyenne Ave., Suite 130 | Steven J. Mack (4000) |
| Las Vegas, NV 89129 | 7251 W. Lake Mead Blvd., Suite 450 |
| | Las Vegas, NV 89128 |
| Jeffrey R. Hall (9572) | |
| Ariel Johnson (13357) | *Attorney for Defendants Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC* |
| HUTCHISON & STEFFEN, PLLC | |
| 10080 West Alta Drive, Suite 200 | |
| Las Vegas, NV 89145 | |
| *Attorneys for Plaintiffs* | |

**ORDER**

**IT IS HEREBY ORDERED** that, based on Defendants' recent retention of local counsel, Defendants' local counsel's request to Plaintiffs' counsel for an extension of time, and Plaintiffs' agreement to said request for extension, the deadline for Defendants Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC to file a responsive pleading, currently set for September 28, 2022, shall be extended until October 7, 2022.

**IT IS HEREBY ORDERED** that the FRCP 26(f) Conference shall not extend beyond 30 days from the date of filing the Stipulation and Order pursuant to LR 26-1.

Dated this 29th day of September, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SCHOLER & SONS, LLC

*/s/ Jacob A. Reynolds*
_____
Jacob A. Reynolds (10199)
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129

Jeffrey R. Hall (9572)
Ariel Johnson (13357)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 28th day of September, 2022, I caused a copy of **STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alexandria Jones*
_____
An employee of Hutchison & Steffen, PLLC