Jeffrey R. Hall (9572)
Ariel Johnson (13357)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jhall@hutchlegal.com
ajohnson@hutchlegal.com

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129
(702) 325-8999
legal@scholerandsons.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Scholer, an individual Nevada resident; Scholer & Sons, LLC, a Nevada limited liability company;<br><br>Plaintiffs,<br>v.<br><br>Richard Vairo Santos, an individual residing in Florida; Richard's Brazilian Sausage, LLC, a Florida limited liability company; Ewerton Consulting and Investments, LLC, a Florida limited liability company; Ewerton Vairo Consulting and Investments, LLC;  PNC BANK, a Pennsylvania Company (named as a nominal defendant only);<br><br>Defendants. | Case No. 2:22-cv-01358-RFB-DJA<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** |

Plaintiffs Eric Scholer and Scholer & Sons, LLC ("Plaintiffs"), Defendant Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton

1

1  Vairo Consulting and Investments, LLC (referred to hereafter collectively as "Defendants") by and
2  through their respective undersigned counsel, hereby stipulate and agree as follows:

3      **IT IS HEREBY STIPULATED** that Defendants' co-counsel who is based out of Florida
4  lost time to respond to the Complaint due to Hurricane Ian and observance of the Jewish high
5  holidays.

6      **IT IS HEREBY FURTHER STIPULATED** that, as a professional courtesy to Defendants'
7  counsel, Plaintiffs agree that the deadline for Defendants to file their responsive pleading, currently
8  set for October 7, 2022, shall be extended until October 21, 2022.

9      **IT IS HEREBY FURTHER STIPULATED** that the FRCP 26(f) Conference shall not
10 extend beyond 30 days from the date of filing the Stipulation and Order pursuant to LR 26-1.

Dated this 7th day of October, 2022.

HUTCHISON & STEFFEN, PLLC

*/s/ Ariel C. Johnson*
_____

Jeffrey R. Hall (9572)
Ariel Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129

*Attorneys for Plaintiffs*

Dated this 7th day of October, 2022.

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

*/s/ Steven J. Mack*
_____

Steven J. Mack (4000)
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, NV 89128

*Attorney for Defendants Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC*

**ORDER**

**IT IS HEREBY ORDERED** that, based on additional delays of co-counsel in Florida, including Hurrican Ian and the observance of the Jewish high holidays, Defendants' request to Plaintiffs' counsel for an additional extension of time, and Plaintiffs' agreement to said request for extension, the deadline for Defendants Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC to file a responsive pleading, currently set for October 7, 2022, shall be extended until October 21, 2022.

**IT IS HEREBY ORDERED** that the FRCP 26(f) Conference shall not extend beyond 30 days from the date of filing the Stipulation and Order pursuant to LR 26-1.

Dated this __12th__ day of October, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

*/s/ Ariel C. Johnson*
_____
Jeffrey R. Hall (9572)
Ariel Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 7th day of October, 2022, I caused a copy of **SECOND STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alexandria Jones*
_____
An employee of Hutchison & Steffen, PLLC

4