Jeffrey R. Hall (9572)
Ariel Johnson (13357)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jhall@hutchlegal.com
ajohnson@hutchlegal.com

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129
(702) 325-8999
legal@scholerandsons.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Scholer, an individual Nevada resident; Scholer & Sons, LLC, a Nevada limited liability company;<br><br>Plaintiffs,<br>v.<br><br>Richard Vairo Santos, an individual residing in Florida; Richard's Brazilian Sausage, LLC, a Florida limited liability company; Ewerton Consulting and Investments, LLC, a Florida limited liability company; Ewerton Vairo Consulting and Investments, LLC;  PNC BANK, a Pennsylvania Company (named as a nominal defendant only);<br><br>Defendants. | Case No. 2:22-cv-01358-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (DOC. 28.)**<br><br>**FIRST REQUEST** |

Plaintiffs Eric Scholer and Scholer & Sons, LLC ("Plaintiffs"), Defendant Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton

1

Vairo Consulting and Investments, LLC (referred to hereafter collectively as "Defendants") by and through their respective undersigned counsel, hereby stipulate and agree as follows:

Plaintiffs' Opposition to Defendants' Motion to Dismiss (Doc. 28) is due on Friday, November 4, 2022.

To accommodate the needs of potential witnesses in response to the Motion, it is stipulated that the Plaintiffs have an additional week to respond to the Motion to dismiss.

**Accordingly, the Parties stipulate** that the Opposition will be due on Friday November 11, 2022.

Dated this 4th day of November, 2022.

HUTCHISON & STEFFEN, PLLC

*/s/ Ariel C. Johnson*
_____
Jeffrey R. Hall (9572)
Ariel Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129

*Attorneys for Plaintiffs*

Dated this 4th day of November, 2022.

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

*/s/ Steven J. Mack*
_____
Steven J. Mack (4000)
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, NV 89128

*Attorney for Defendants Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC*

## ORDER

**IT IS HEREBY ORDERED** that the date for Plaintiffs' Opposition shall be Friday November 11, 2022.

Dated this  7th   day of November, 2022.

_____
DISTRICT COURT JUDGE RICHARD F. BOULWARE, II

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

*/s/ Ariel C. Johnson*
_____
Jeffrey R. Hall (9572)
Ariel Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 4th day of November, 2022, I caused a copy of **STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (DOC. 28.)** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alexandria Jones*
_____
An employee of Hutchison & Steffen, PLLC