Steven Mack, Esq.
GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, NV 89128
(702) 836-9800
Smack@gibbsgiden.com

Alejandro F. Garcia, Esq.
*Pro Hac Vice*
Florida Bar Number: 98505
RAMHOFER GARCIA, PLLC
11900 Biscayne Boulevard, Suite 742
North Miami, Florida 33018
(305) 481-9733
agarcia@ramhofergarcia.com

Alexis M. De La Rosa. Esq.
*Pro Hac Vice*
Florida Bar Number: 1038679
RAMHOFER GARCIA, PLLC
11900 Biscayne Boulevard, Suite 742
North Miami, Florida 33018
(305) 481-9733
adelarosa@ramhofergarcia.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Scholer, an individual Nevada resident; Scholer & Sons, LLC, a Nevada limited liability company;<br><br>            Plaintiffs,<br>v.<br><br>Richard Vairo Santos, an individual residing in Florida; Richard's Brazilian Sausage, LLC, a Florida limited liability company; Ewerton Consulting and Investments, LLC, a Florida limited liability company; Ewerton Vairo Consulting and Investments, LLC;  PNC BANK, a Pennsylvania Company (named as a nominal defendant only); | Case No. 2:22-cv-01358-RFB-DJA<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF NO. 28)**<br><br>**FIRST REQUEST** |

1

Defendants.

Plaintiffs Eric Scholer and Scholer & Sons, LLC ("Plaintiffs"), Defendant Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC (referred to hereafter collectively as "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

Defendants' Reply in Support of Defendants' Motion to Dismiss (ECF No. 28) is due on Friday, November 18, 2022.

To accommodate the needs of potential witnesses in response to the Motion and the translation of foreign language evidence, it is stipulated that Defendants have an additional four (4) days to file a Reply in support of the Motion to dismiss.

**Accordingly, the Parties stipulate** that the Reply will be due on Tuesday November 22, 2022.

Dated this 18th day of November, 2022.

SCHOLER & SONS, LLC

*/s/ Jacob A. Reynolds*
_____
Jeffrey R. Hall (9572)
Ariel Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129

*Attorneys for Plaintiffs*

Dated this 18th day of November, 2022.

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

*/s/ Steven J. Mack*
_____
Steven J. Mack (4000)
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, NV 89128

Alejandro F. Garcia, Esq.
*Pro Hac Vice*
Florida Bar Number: 98505
RAMHOFER GARCIA, PLLC
11900 Biscayne Boulevard, Suite 742
North Miami, Florida 33018
(305) 481-9733
agarcia@ramhofergarcia.com

Alexis M. De La Rosa. Esq.
*Pro Hac Vice*

2

Florida Bar Number: 1038679
RAMHOFER GARCIA, PLLC
11900 Biscayne Boulevard, Suite 742
North Miami, Florida 33018
(305) 481-9733
adelarosa@ramhofergarcia.com

*Attorneys for Defendants Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC*

# ORDER

**IT IS HEREBY ORDERED** that the due date for Defendants' Reply in Support of Defendants' Motion to Dismiss shall be Tuesday November 22, 2022.

Dated this 21st day of November, 2022.

_____
DISTRICT COURT JUDGE RICHARD F. BOULWARE, II

Respectfully submitted by:

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

*/s/ Steven J. Mack*
_____
Steven J. Mack (4000)
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, NV 89128

Alejandro F. Garcia, Esq.
*Pro Hac Vice*
Florida Bar Number: 98505
RAMHOFER GARCIA, PLLC
11900 Biscayne Boulevard, Suite 742
North Miami, Florida 33018
(305) 481-9733
agarcia@ramhofergarcia.com

Alexis M. De La Rosa. Esq.
*Pro Hac Vice*
Florida Bar Number: 1038679
RAMHOFER GARCIA, PLLC
11900 Biscayne Boulevard, Suite 742
North Miami, Florida 33018
(305) 481-9733
adelarosa@ramhofergarcia.com

4

1  *Attorneys for Defendants Richard Vairo*
2  *Santos, Richard's Brazilian Sausage, LLC,*
   *Ewerton Consulting and Investments, LLC,*
3  *Ewerton Vairo Consulting and Investments, LLC*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2022, I caused a copy of this **STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF NO. 28)** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alejandro F. Garcia*
Alejandro F. Garcia, Esq.