Jeffrey R. Hall (9572)
Ariel Johnson (13357)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jhall@hutchlegal.com
ajohnson@hutchlegal.com

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129
(702) 325-8999
legal@scholerandsons.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Scholer, an individual Nevada resident; Scholer & Sons, LLC, a Nevada limited liability company;<br><br>Plaintiffs,<br>v.<br><br>Richard Vairo Santos, an individual residing in Florida; Richard's Brazilian Sausage, LLC, a Florida limited liability company; Ewerton Consulting and Investments, LLC, a Florida limited liability company; Ewerton Vairo Consulting and Investments, LLC; PNC BANK, a Pennsylvania Company (named as a nominal defendant only);<br><br>Defendants. | Case No. 2:22-cv-01358-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO STAY** |

Plaintiffs Eric Scholer and Scholer & Sons, LLC ("Plaintiffs"), Defendant Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo

1

1  Consulting and Investments, LLC (referred to hereafter collectively as "Defendants") by and through
2  their respective undersigned counsel, hereby stipulate and agree as follows:

3      **WHEREAS** Plaintiffs' Response to Defendants' Motion to Stay (Doc. 53) is currently due on
4  Thursday, December 15, 2022;

5      **WHEREAS** Plaintiffs' Response to Defendants' Motion for Extension of Time to Respond to
6  Discovery and Serve Initial Disclosures ("Motion for Extension of Time") (Doc. 54) is currently due
7  on Friday, December 16, 2022;

8      **IT IS HEREBY FURTHER STIPULATED** that, to allow Plaintiffs to respond to
9  Defendants' Motion to Stay (Doc. 53) and Motion for Extension of Time (Doc. 54) in the same filing,
10  Defendants agree that the deadline for Plaintiffs to file a response to Defendants' Motion to Stay,
11  currently set for December 15, 2022, shall be extended by one day until December 16, 2022—the
12  deadline for responding to Defendants' Motion for Extension of Time.

| Dated this 14th day of December, 2022. | Dated this 14th day of December, 2022. |
|---|---|
| HUTCHISON & STEFFEN, PLLC | RAMHOFER GARCIA, PLLC |
| */s/ Ariel C. Johnson* | */s/ Alejandro F. Garcia* |
| Jeffrey R. Hall (9572)<br>Ariel Johnson (13357)<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145 | Alejandro F. Garcia, Esq. (*Pro Hac Vice*)<br>Florida Bar Number: 98505<br>Alexis M. De La Rosa. Esq. (*Pro Hac Vice*)<br>Florida Bar Number: 1038679<br>11900 Biscayne Boulevard, Suite 742<br>North Miami, Florida 33018 |
| Jacob A. Reynolds (10199)<br>SCHOLER & SONS, LLC<br>9960 West Cheyenne Ave., Suite 130<br>Las Vegas, NV 89129 | Steven J. Mack (4000)<br>GIBBS GIDEN LOCHER TURNER SENET<br>& WITTBRODT LLP<br>7251 W. Lake Mead Blvd., Suite 450<br>Las Vegas, NV 89128 |
| *Attorneys for Plaintiffs* | *Attorney for Defendants Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC* |

**ORDER**

**IT IS HEREBY ORDERED** that, to allow Plaintiffs to respond to Defendants' Motion to Stay (Doc. 53) and Motion for Extension of Time (Doc. 54) in the same filing, the deadline for Plaintiffs to file a response to Defendants' Motion to Stay, currently set for December 15, 2022, shall be extended until December 16, 2022.

Dated this __15th__ day of December, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

/s/ Ariel C. Johnson
_____
Jeffrey R. Hall (9572)
Ariel Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 14th day of December, 2022, I caused a copy of **STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO STAY** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alexandria Jones*
_____
An employee of Hutchison & Steffen, PLLC

4