1  Jeffrey R. Hall (9572)
   Ariel C. Johnson (13357)
2  HUTCHISON & STEFFEN, PLLC
   Peccole Professional Park
3  10080 West Alta Drive, Suite 200
4  Las Vegas, NV 89145
   Tel: (702) 385-2500
5  Fax: (702) 385-2086
   jhall@hutchlegal.com
6  ajohnson@hutchlegal.com

7
   Jacob A. Reynolds (10199)
8  SCHOLER & SONS, LLC
   9960 West Cheyenne Ave., Suite 130
9  Las Vegas, NV 89129
   (702) 325-8999
10 legal@scholerandsons.com

11 *Attorneys for Plaintiffs*

12
13                        **UNITED STATES DISTRICT COURT**
14                              **DISTRICT OF NEVADA**

15 | Eric Scholer, an individual Nevada resident; Scholer & Sons, LLC, a Nevada limited liability company; | Case No. 2:22-cv-01358-RFB-DJA |
   |---|---|
   | Plaintiffs, | **STIPULATION AND ORDER TO ALLOW JACOB A. REYNOLDS, ESQ., TO WITHDRAW AS PLAINTIFFS' COUNSEL OF RECORD** |
   | v. | |
   | Richard Vairo Santos, an individual residing in Florida; Richard's Brazilian Sausage, LLC, a Florida limited liability company; Ewerton Consulting and Investments, LLC, a Florida limited liability company; Ewerton Vairo Consulting and Investments, LLC; PNC BANK, a Pennsylvania Company (named as a nominal defendant only); | |
   | Defendants. | |

27    Plaintiffs Eric Scholer and Scholer & Sons, LLC ("Plaintiffs"), Defendant Richard Vairo
28 Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton

1

Vairo Consulting and Investments, LLC (referred to hereafter collectively as "Defendants") by and through their respective undersigned counsel, and pursuant to LR IA 11-6(b), hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED** that Jacob A. Reynolds, Esq. ("Mr. Reynolds"), withdraw as Plaintiffs' counsel of record.

**IT IS HEREBY FURTHER STIPULATED** that, in light of Mr. Reynolds' appointment to serve as Judge in Department 29 of the Eighth Judicial District Court of the State of Nevada, good cause exists for his withdrawal.

**IT IS HEREBY FURTHER STIPULATED** that Plaintiffs will continue to be represented by Jeffrey R. Hall, Esq. and Ariel C. Johnson, Esq., of HUTCHISON & STEFFEN, PLLC.

| | |
|---|---|
| Dated this 3rd day of March, 2023. | Dated this 3rd day of March, 2023. |
| HUTCHISON & STEFFEN, PLLC | GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP |
| */s/ Ariel C. Johnson* | */s/ Steven J. Mack* |
| Jeffrey R. Hall (9572)<br>Ariel C. Johnson (13357)<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145 | Steven J. Mack (4000)<br>7251 W. Lake Mead Blvd., Suite 450<br>Las Vegas, NV 89128 |
| Jacob A. Reynolds (10199)<br>SCHOLER & SONS, LLC<br>9960 West Cheyenne Ave., Suite 130<br>Las Vegas, NV 89129 | *Attorney for Defendants Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC* |
| *Attorneys for Plaintiffs* | |

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to LR IA 11-6(b), Jacob A. Reynolds, Esq. ("Mr. Reynolds"), be permitted to withdraw as Plaintiffs' counsel of record.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs will continue to be represented by Jeffrey R. Hall, Esq. and Ariel C. Johnson, Esq., of HUTCHISON & STEFFEN, PLLC.

Dated this __7th__ day of March, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

*/s/ Ariel C. Johnson*
_____
Jeffrey R. Hall (9572)
Ariel C. Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Jacob A. Reynolds (10199)
SCHOLER & SONS, LLC
9960 West Cheyenne Ave., Suite 130
Las Vegas, NV 89129
*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 3rd day of March, 2023, I caused a copy of **STIPULATION AND ORDER TO ALLOW JACOB A. REYNOLDS, ESQ., TO WITHDRAW AS PLAINTIFFS' COUNSEL OF RECORD** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alexandria Jones*
_____
An employee of Hutchison & Steffen, PLLC