Jeffrey R. Hall (9572)
Ariel C. Johnson (13357)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jhall@hutchlegal.com
ajohnson@hutchlegal.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Eric Scholer, an individual Nevada resident; Scholer & Sons, LLC, a Nevada limited liability company; | Case No. 2:22-cv-01358-RFB-DJA |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS** |
| Richard Vairo Santos, an individual residing in Florida; Richard's Brazilian Sausage, LLC, a Florida limited liability company; Ewerton Consulting and Investments, LLC, a Florida limited liability company; and Ewerton Vairo Consulting and Investments, LLC; | |
| Defendants. | |

Plaintiffs Eric Scholer and Scholer & Sons, LLC ("Plaintiffs"), Defendant Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC (referred to hereafter collectively as "Defendants") by and through their respective undersigned counsel, and pursuant to FRCP 41(a)(1)(A)(ii) and LR IA 6-2, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED** that Plaintiffs' claims against Defendant Eweron Vairo Consulting and Investments, LLC, are dismissed ***with*** prejudice.

/ / /

1

**IT IS HEREBY FURTHER STIPULATED** that Plaintiffs' claims against all other Defendants, including Defendant Richard Vairo Santos, Richard's Brazilian Sausage, LLC, and Ewerton Consulting and Investments, LLC, are dismissed *without* prejudice.

**IT IS HEREBY FURTHER STIPULATED** that all parties shall bear their own attorneys' fees or costs associated with this case.

Dated this 2nd day of August, 2023.

HUTCHISON & STEFFEN, PLLC


*/s/ Ariel C. Johnson*
_____
Jeffrey R. Hall (9572)
Ariel C. Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiffs*

Dated this 2nd day of August, 2023.

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP


*/s/ Alejandro F. Garcia*
_____
Steven J. Mack (4000)
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, NV 89128

Alejandro F. Garcia, Esq. (*Pro Hac Vice*)
RAMHOFER GARCIA, PLLC
11900 Biscayne Blvd., Suite 742
North Miami, Florida 33018
(305) 481-9733

*Attorney for Defendants Richard Vairo Santos, Richard's Brazilian Sausage, LLC, Ewerton Consulting and Investments, LLC, Ewerton Vairo Consulting and Investments, LLC*

2

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs' claims against Defendant Ewerton Vairo Consulting and Investments, LLC, are dismissed ***with*** prejudice.

**IT IS HEREBY FURTHER ORDERED** that, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs' claims against all other Defendants, including Defendant Richard Vairo Santos, Richard's Brazilian Sausage, LLC, and Ewerton Consulting and Investments, LLC, are dismissed ***without*** prejudice.

**IT IS HEREBY FURTHER ORDERED** that all parties shall bear their own attorneys' fees or costs associated with this case.

Dated this __23rd__ day of August, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

*/s/ Ariel C. Johnson*

_____
Jeffrey R. Hall (9572)
Ariel C. Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 2nd day of August, 2023, I caused a copy of **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kaylee Conradi*

_____

An employee of Hutchison & Steffen, PLLC